470 A.2d 1043

Commonwealth v. Shannon, Appellant.

Submitted October 3, 1983. Karen Deanna Williams, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.